This document was signed electronically on March 03, 2011, which may be different from its entry on the record.

IT IS SO ORDERED.



Dated: March 03, 2011

Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | Robert Johnson | ) Chapter 13 Case No. 07-11534-M |
| | XXX-XX-2146 | ) |
| | | ) Hon. Pat E. Morgenstern-Clarren |
| | | ) |
| | Debtor | ) |

### ORDER DISMISSING CASE AND RELEASING
### INCOME OF DEBTOR FROM THE JURISDICTION OF THE COURT

This case came on for consideration by the Court upon the Trustee's Motion to Dismiss Case for Failure to Fund that was filed on January 28, 2011. No response was filed by the Debtor. The case is hereby dismissed due to the material default in the funding of the Plan by the Debtor.

The Debtor and/or the Debtor's employer, as well as the future income of the Debtor, is hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

Submitted by:
/S/ Craig Shopneck
_____
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

### SERVICE LIST

Craig Shopneck, Chapter 13 Trustee

Office of the U.S. Trustee (served via ECF)

All creditors and parties of interest

Roger Stearns, Attorney for Debtor (served via ECF)

Robert Johnson, Debtor
1124 E 145th St
Cleveland OH 44112

Pcc Airfoils Inc., Employer
Attn: Payroll, 29501 Clayton Rd.
Wickliffe OH 440920000


CS/bas
03/03/11


###